**STATE of Missouri, Plaintiff–
Respondent,**

v.

**Ronald CARROLL, Defendant–Appellant.**

**Ronald CARROLL, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–
Respondent.**

**Nos. 62960, 66674.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 30, 1995.

Application to Transfer Denied
Dec. 19, 1995.

David C. Hemingway, Asst. Public Defend-
er, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Che-
ryl A. Caponegro, Asst. Atty. Gen., Jefferson
City, for respondent.

Before CRAHAN, P.J., and CRANDALL
and DOWD, JJ.

**ORDER**

PER CURIAM.

Defendant appeals his judgment of convic-
tion for delivery of a controlled substance
(cocaine base), in violation of § 195.211,
RSMo 1991. He also appeals the denial,
after an evidentiary hearing, of his Rule
29.15 motion for post-conviction relief. We
affirm.

We find no error of law appears and the
findings of fact of the trial court are not
clearly erroneous. Rule 84.16(b). Further,
we find no jurisprudential purpose would be
served by a written opinion and affirm by
written summary order. Rule 30.25(b).